

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00287-CV

**IN THE INTEREST OF L.I.C.S., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01026
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2.

Appellant's counsel has filed a motion for extension of time to file her brief. The motion is GRANTED. Appellant's brief is due on or before **September 27, 2021**. However, given the time constraints governing the disposition of this appeal, **further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court